JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ALEJANDRO ISIDRO DE LEON SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-05522-FMO-PD<br><br>**JUDGMENT**<br><br>**A# 098-914-820** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part as to the due process and APA claims and the remaining claims are dismissed without prejudice. The Clerk of the Court is directed to Close this case.

DATED: November 13, 2026

/s/

HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE